AO 451 (Rev. 12/12)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Utah

| | |
|---|---|
| AVT - New York, L.P., a Utah limited partnership ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 2:18-cv-00782 |
| Olivet University, a California corporation ) | |
| *Defendant* ) | |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __1/7/2019__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: __3/6/2019__

D. MARK JONES
*CLERK OF COURT*

__/s/ Tracy Hopkins__
*Signature of Clerk or Deputy Clerk*